NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROADBAND ITV, INC.,**
*Plaintiff-Appellant*

**v.**

**HAWAIIAN TELCOM, INC., OCEANIC TIME WARNER CABLE, LLC, TIME WARNER CABLE, INC.,**
*Defendants-Appellees*

---

2016-1082, 2016-1083

---

Appeals from the United States District Court for the District of Hawaii in Nos. 1:14-cv-00169-ACK-RLP, 1:15-cv-00131-ACK-RLP, Judge Alan C. Kay.

---

## JUDGMENT

---

FREDERICK A. TECCE, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for plaintiff-appellant. Also represented by KEITH AARON JONES, JOHN DAVID SIMMONS; PAUL ALSTON, JOHN S. RHEE, Alston, Hunt, Floyd & Ing, Honolulu, HI.

SASHA G. RAO, Maynard Cooper & Gale LLP, San Francisco, CA, argued for defendant-appellee Hawaiian

Telcom, Inc. Also represented by ALEXANDRA DRURY, BRANDON H. STROY; WILFORD EDWARD BAILEY, JOHN COWLES NEIMAN, JR., Birmingham, AL.

CHARLES KRAMER VERHOEVEN, Quinn Emanuel Urquhart & Sullivan, LLP, San Francisco, CA, argued for defendants-appellees Oceanic Time Warner Cable, LLC, Time Warner Cable, Inc. Also represented by CARL G. ANDERSON, DAVID EISEMAN, IV; DEEPA ACHARYA, PHILIP CHARLES STERNHELL, Washington, DC; JOSEPH MILOWIC, III, New York, NY; DAVID BENYACAR, DANIEL REISNER, Kaye Scholer LLP, New York, NY.

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, for amicus curiae United Inventors Association of the United States of America.

ARTHUR STEVEN BEEMAN, Arent Fox LLP, San Francisco, CA, for amicus curiae Tranxition, Inc. Also represented by JOEL MUCHMORE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 26, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court